22cr284 JNE/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
|---|---|---|
| Plaintiff, | ) ) ) | 18 U.S.C. § 922(g)(1) |
| v. | ) ) | 18 U.S.C. § 924(a)(8) 18 U.S.C. § 924(d)(1) |
| JIMMI BIVINS JR., a/k/a "James Cole," a/k/a "Plugga Baybee," | ) ) ) ) ) | 28 U.S.C. § 2461(c) |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about July 28, 2022, in the State and District of Minnesota, the defendant,

**JIMMI BIVINS JR.,**
a/k/a "James Cole,"
a/k/a "Plugga Baybee,"

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Felony Vehicular Flight | St. Croix County, WI | 2020 |
| Second Degree Burglary – Possession of Burglary Tools | Washington County, MN | 2020 |


SCANNED
OCT 19 2022
U.S. DISTRICT COURT MPLS

*United States v. Jimmi Bivins Jr.*

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock model 45 9mm semiautomatic pistol bearing serial number BUEZ779, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with such violation including, but not limited, to the Glock model 45 9mm semiautomatic pistol bearing serial number BUEZ779 charged in Count 1 of the Indictment, together with ammunition, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY            FOREPERSON