IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:       22-cr-284 JNE/JFD |
| | ) | Date:             November 16, 2022 |
| Jimmi Bivins, Jr, | ) | Courthouse:  St Paul |
| | ) | Courtroom:   3C |
| Defendant, | ) | Time Commenced: 1:39 p.m. |
| | ) | Time Concluded: 1:46 p.m. |
| | | Time in Court: 7 minutes |

APPEARANCES:

Plaintiff: Allen Slaughter, Assistant U.S. Attorney
Defendant: Steven Wright
      X CJA   X To be appointed

Date Charges Filed: 10/19/2022   Offense: felon in possession of a firearm

X Advised of Rights

on  X Indictment

X Defendant detained, govt to submit a proposed order.

X Detention hearing waived
X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.  X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record

                      _s/jam_
                     Signature of Courtroom Deputy