# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br><br>Jimmi Bivins Jr,<br>                Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: ELIZABETH COWAN WRIGHT<br>U.S. Magistrate Judge<br><br>Case No: 22-cr-284 JNE/JFD<br>Date: November 16, 2022<br>Courthouse: St. Paul<br>Courtroom: 3C<br>Time Commenced: 1:46 p.m.<br>Time Concluded: 1:48 p.m.<br>Time in Court: 2 minutes |

APPEARANCES:

  Plaintiff: Allen Slaughter, Assistant U.S. Attorney
  Defendant: Steven Wright
      X CJA

**Indictment Dated:** October 19, 2022

  X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                                              s/Janet Midtbo
                                                    Signature of Courtroom Deputy